**THOMAS M. LANCIA PLLC**
2 Park Avenue
20th Floor
New York, NY 10016
212.964.3157
tlancia@lancialaw.com



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2021
```

January 29, 2021

VIA ECF
Honorable Alison J. Nathan
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York. 10007

Re: Calise v. Casa Redimix, 20 Civ. 07164

Dear Judge Nathan:

I represent Plaintiff Brian Calise in the above referenced action.

With defense counsel's consent, I request to adjourn the initial pretrial conference presently scheduled for February 5, 2021 to March 26, 2021 or later in accordance with Your Honor's court calendar. In the alternative, per Your Honor's January 27, 2021 Order (Dkt No. 14), the parties are amenable to foregoing the initial pretrial conference and submitting a proposed Case Management Plan for Your Honor's review and approval. I request an extension of time up to and including March 19, 2021 to submit the Case Management Plan to the Court. The parties will also be participating in court ordered mediation before the Plan is submitted. The mediation, which was scheduled to take place on February 2, 2021, has been adjourned due to my recent illness, explained more fully below, and will likely be rescheduled to a date in early March.

The reason for the application is that I have been recently released from the hospital with a serious, non-Covid related illness. Four weeks of physical rehabilitation are anticipated before I can return to home and recommence fulltime work.

One prior application to adjourn the initial pretrial conference was made by defense counsel on December 1, 2020 (Dkt No. 12) following the case's assignment to automatic mediation.

*/s/ Alison J. Nathan*   2/3/2021
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

> The initial pretrial conference scheduled for February 5, 2021, is adjourned to April 2, 2021, at 3:15 p.m. The parties should submit their joint letter and proposed case management plan seven days before the conference, and at that time inform the Court if they believe a conference is unnecessary. The Court wishes counsel a speedy recovery. SO ORDERED.

Keith J. Rosenblatt/Sandra Jimenez