UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/21
```

Brian Calise,

           Plaintiff,

   –v–

Casa Redimix Concrete Corporation,

           Defendant.

20-cv-7164 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On August 4, 2021, Defendant filed a partial motion to dismiss. Dkt. No. 35. Discovery remains stayed pending the Court's resolution of that motion. The case management conference scheduled for August 27, 2021, is adjourned *sine die*.

SO ORDERED.

Dated: August 19, 2021
      New York, New York

                                     ALISON J. NATHAN
                                United States District Judge