UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN CALISE,

                                        Plaintiff,                    20 Civ. 7164 (PAE)

                    -v-                                               ORDER

CASA REDIMIX CONCRETE CORP.,

                                        Defendant.

PAUL A. ENGELMAYER, District Judge:

On June 13, 2022, defendant moved for a temporary stay of fact discovery due to plaintiff's substitution of counsel.  Dkt. 49.  The same day, plaintiff made a motion to substitute his attorney, Dkt. 50, which the Court granted, Dkt. 51.  The Court directed the parties to submit a status update as to the progress of discovery and a proposed amended case management plan by June 17, 2022.  Dkt. 52.

On June 16, 2022, the parties submitted a proposed amended case management plan providing for a four month extension of fact discovery and expert discovery.  Dkt. 53.  The Court does not find such an extension to be warranted, as discovery has been ongoing for four months already.  *See* Dkt. 47 (fact discovery set to end June 17, 2022; expert discovery set to end August 1, 2022).

The Court grants the parties a six-week extension of fact discovery and expert discovery. Fact discovery is to end on July 29, 2022.  Expert discovery is to end September 12, 2022.  The case management conference previously scheduled for July 15, 2022 at 3 p.m. is hereby adjourned until August 29, 2022 at 10 a.m.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: June 17, 2022
        New York, New York